CV 18-00415-DKW-KSC

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]   ORDER SETTING STATUS CONFERENCE

for **Monday, December 24, 2018** at 9:00 a.m. before:

[✔]   Magistrate Judge Kevin S.C. Chang in Courtroom 7

[]   Magistrate Judge Richard L. Puglisi in Chambers

[]   Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Friday, October 26, 2018.

                                                      /s/ J. Michael Seabright
                                                      Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date   October 26, 2018        Signature _____

                                        Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**