GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON     9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE 10001-0
   cstsure@goodsill.com
DYLAN J. TASCHNER       10618-0
   dtaschner@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>       Defendants. | Civil No. 1:18-cv-00415-DKW-KSC<br><br>PLAINTIFF'S MOTION FOR APPOINTMENT OF A RECEIVER; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF RYAN HAWLEY; EXHIBITS "A" - "K"; CERTIFICATE OF SERVICE |

**PLAINTIFF'S MOTION FOR
APPOINTMENT OF A RECEIVER**

Plaintiff NEXTGEAR CAPITAL, INC. ("Plaintiff," "NextGear" or

"Lender"), by and through its attorneys, Goodsill Anderson Quinn & Stifel, a

Limited Liability Law Partnership LLP, hereby moves (the "Motion") this Court pursuant to Rule 66 of the Federal Rules of Civil Procedure, for an order appointing David C. Farmer (the "Receiver"), as receiver for Defendant ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU ("Envy" or "Borrower"), and requests an order:

1. Authorizing the Receiver to (i) take all such actions as are necessary and appropriate to protect and preserve Plaintiff's collateral; (ii) take possession of the business records of Envy relating to Plaintiff's collateral, (iii) take control of Envy's pending litigation against Volvo Car USA LLC ("Volvo"), and (iv) ensure that all proceeds of Plaintiff's collateral are timely delivered to Plaintiff, pending further order of this Court; and

2. Granting Plaintiff such other and further relief as the Court deems appropriate in the circumstances.

The immediate appointment of a receiver for Envy is necessary to protect and preserve NextGear's collateral and to avoid the loss of value to that collateral due to the mismanagement by Envy and its principal, Defendant MIKHAIL BORISOVICH FEDOTOV ("Fedotov" or "Guarantor").  Clear and convincing evidence in support of the Motion is established through the Declaration of Ryan Hawley.

This Motion is based on the Memorandum in Support of Motion, the declaration and exhibits in support, the records and files herein, and such other and

further arguments as may properly come before this Court upon hearing this Motion.

      DATED: Honolulu, Hawaiʻi, October 26, 2018.

                                */s/ Johnathan C. Bolton*
                                JOHNATHAN C. BOLTON
                                CHRISTOPHER P. ST. SURE
                                DYLAN J. TASCHNER

                                Attorneys for Plaintiff
                                NEXTGEAR CAPITAL, INC.