Schedule "A"

## ADVANCE SCHEDULE
Rental

Borrower: Envy Hawaii LLC, d/b/a Windward Motors DBA V Rent A Car, d/b/a Volvo of Honolulu

Market: FMD Hawaii

Account Number: 95146

Finance Program: Major Dealer

This Advance Schedule is being entered into by the undersigned borrower ("Borrower") and NextGear Capital, Inc. ("Lender") pursuant to that certain Demand Promissory Note and Loan and Security Agreement by and between Borrower and Lender (the "Note"). Capitalized terms used herein but not defined herein shall have the respective meanings as set forth in the Note (such meanings to be equally applicable to both the singular and plural forms of the terms defined).

The Period(s) and the required principal reduction for Curtailment for each Advance made pursuant to the Note and this Advance Schedule shall be as follows:

| Period | Number of Days in Period | Required Principal Reduction to Extend Maturity Date | Floorplan Fee |
|--------|--------------------------|------------------------------------------------------|---------------|
| 1 | 30 | 1.25% | $15.00 |
| 2 | 30 | 1.25% | $15.00 |
| 3 | 30 | 1.25% | $15.00 |
| 4 | 30 | 1.25% | $15.00 |
| 5 | 30 | 1.25% | $15.00 |
| 6 | 30 | 1.25% | $15.00 |
| 7 | 30 | 1.25% | $15.00 |
| 8 | 30 | 1.25% | $15.00 |
| 9 | 30 | 1.25% | $15.00 |
| 10 | 30 | 1.25% | $15.00 |
| 11 | 30 | 1.25% | $15.00 |
| 12 | 30 | 1.25% | $15.00 |
| 13 | 30 | 1.25% | $15.00 |
| 14 | 30 | 1.25% | $15.00 |
| 15 | 30 | 1.25% | $15.00 |
| 16 | 30 | 1.25% | $15.00 |
| 17 | 30 | 1.25% | $15.00 |
| 18 | 30 | 1.25% | $15.00 |
| 19 | 30 | 1.25% | $15.00 |
| 20 | 30 | 1.25% | $15.00 |
| 21 | 30 | 1.25% | $15.00 |
| 22 | 30 | 1.25% | $15.00 |
| 23 | 30 | 1.25% | $15.00 |
| 24 | 30 | 1.25% | $15.00 |
| 25 | 30 | 1.25% | $15.00 |
| 26 | 30 | 1.25% | $15.00 |

NextGear Advance Schedule (v. 1.0)

EXHIBIT "F"

| 27 | 30 | 1.25% | $15.00 |
| 28 | 30 | 1.25% | $15.00 |
| 29 | 30 | 1.25% | $15.00 |
| 30 | 30 | 1.25% | $15.00 |
| 31 | 30 | 1.25% | $15.00 |
| 32 | 30 | 1.25% | $15.00 |
| 33 | 30 | 1.25% | $15.00 |
| 34 | 30 | 1.25% | $15.00 |
| 35 | 30 | 1.25% | $15.00 |
| 36 | 30 | N/A - No Further Curtailments Available | $15.00 |

Contract Rate: 1.25%

Additional fees, charges, and other terms applicable to Advances made pursuant to the Note and this Advance Schedule are set forth on the Finance Program Rate, Fee, and Term Schedule, which can be found on the Discover Portal.

WHEREFORE, the Parties, by their respective duly authorized representatives, have executed this Advance Schedule on the dates set forth below.

**BORROWER:**

Envy Hawaii LLC, d/b/a Windward Motors DBA V Rent A Car, d/b/a Volvo of Honolulu

By: _____

Mikhail Borisovich Fedotov, Manager

Date: 03/16/2016

**LENDER:**

NEXTGEAR CAPITAL, INC.

By: _____

Name (Print): _____

Date: 3.16.16

Account #95146                                           NextGear Advance Schedule (v. 1.0)