## CURRICULUM VITAE
## DAVID C. FARMER, ESQ.

David C. Farmer Attorney at Law LLLC
225 Queen Street, Suite 15A
Honolulu, Hawai`i 96813
808.888.3138; 866.559.2922 (fax) farmer6348@twc.com

| | |
|---|---|
| PERSONAL: | Birth: December 5, 1945; Los Angeles, California |
| ADMITTED TO BAR: | Supreme Court of Hawai`i (1985)<br>United States District Court, District of Hawai`i (1985)<br>United States Circuit Court of Appeals, 9th Circuit (1991) |
| ATTORNEY NO.: | 3946 |
| AREAS OF PRACTICE: | Receiverships, Bankruptcy, Collections |
| EDUCATION: | WILLIAM S. RICHARDSON SCHOOL OF LAW<br>Honolulu, Hawai`i; JD (1985) |
| LEGAL EMPLOYMENT: | DAVID C. FARMER ATTORNEY AT LAW LLLC<br>Managing Member<br>Honolulu, Hawai`i (2002 – present) |
| | ASHFORD & WRISTON<br>Honolulu, Hawai`i; Counsel (1998 - 2001) |
| | LYNCH & FARMER<br>Honolulu, Hawai`i; Partner (1995 - 1998) |
| | CASE & LYNCH<br>Honolulu, Hawai`i; Partner (1992 - 1995); Associate (1986 - 1991) |
| | WAGNER, WATSON & DiBIANCO<br>Honolulu, Hawai`i; Associate (1985 – 1986) |
| MEMBERSHIPS: | NATIONAL ASSOCIATION OF BANKRUPTCY TRUSTEES<br>Member (2007 – 2012) |
| | HAWAII BANKRUPTCY BAR ASSOCIATION<br>Member (2011 – present), Director (2011) |
| | AMERICAN BAR ASSOCIATION<br>Member, Litigation and Business Sections (1982 - 2015) |
| | AMERICAN BANKRUPTCY INSTITUTE<br>Member (2003 – 2015) |
| | BANKRUPTCY ALTERNATIVE DISPUTE RESOLUTION PROGRAM<br>Member, Bankruptcy Mediation Committee (2001 – present) |
| | BANKRUPTCY ROUNDTABLE<br>Member (1990 - present) |
| HONORS: | MARTINDALE HUBBELL<br>BV Rating (2010 - present) |

EXHIBIT "K"

**CURRICULUM VITAE**
**DAVID C. FARMER, ESQ.**

| | |
|---|---|
| TEACHING: | UNIVERSITY OF HAWAI`I WILLIAM S. RICHARDSON SCHOOL OF LAW |

Visiting Assistant Professor
(Law 554: Secured Transactions; Law 562: Debtor-Creditor Rights; and Law 515: Business Reorganization in Bankruptcy) (2003 – 2004)

Adjunct Professor
(Law 554: Secured Transactions) (Fall 1998-1999, 2002-2004); (Law 515: Business Reorganization in Bankruptcy) (Spring 2003, 2005)

SELECTED CLIENTS:  **Chapter 11 Bankruptcy Trustees**:
James Nicholson (*In re Abigail Kawananakoa*)
Wendell F. Brooks, Jr. (*In re Lots Wako*)

**State Court Receivers and Commissioners**
Wendell F. Brooks, Jr. (*State vs. Hawaii Health Connector*; *International Commercial Bank of China vs. L&L (USA) Inc.*)

Rebecca Yee and Benjamin Fujimoto, Co-Receivers
  (*Pacific Educational Services Company, dba Hawaii College of Pharmacy*)

Bank of Hawaii
Central Pacific Bank
First Hawaiian Bank
GECC Leasing
Manheim Hawaii

PROFESSIONAL
EXPERIENCES:

CHAPTER 11 TRUSTEE
Hawaii Outdoor Tours, Incorporated; Case No. 12-02279
United States Bankruptcy Court, District of Hawaii (2013 – 2015)

CHAPTER 7 PANEL TRUSTEE
United States Bankruptcy Court, District of Hawaii (2007 – 2012)

ARBITRATOR
Court Annexed Arbitration Program (1995 - present)

REPORTED
DECISIONS:

**Ng v. Farmer (In re Ng)**, 477 B.R. 118, 126 (B.A.P. 9th Cir. 2012)

**Giacometti v. Arton Bermuda Limited, et al. (In re: Sukamto Sia)**, 349 B.R. 640, 2006 Bankr. LEXIS 2183 (Bankr. D. Haw. 2006)

**GECC Fin'l. Corp. v. Jaffarian**, 79 Haw. 516, 904 P.2d 530 (Haw. App. 1995), *aff'd in part, rev'd in part,* 80 Haw. 624, 905 P.2d 624 (Haw.1995)

**Doe v. Roe**, 9 Haw. App. 623, 859 P.2d 922 (1993)

**Bank of Hawaii v. Wood (In re Wood)**, 123 B.R. 881 (Bankr. D. Haw. 1991), *aff'd* 972 F.2d 1348 (9th Cir. 1992)

**In re Parade Realty, Inc., Employees Retirement Pension Trust**, 134 B.R. 7 (Bankr. D.Haw. 1991)

**In re Shih**, 125 B.R. 812, (Bankr. D.Haw. 1991)

2