GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON      9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE 10001-0
   cstsure@goodsill.com
DYLAN J. TASCHNER          10618-0
   dtaschner@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, <br><br> Defendants. | CIVIL NO. CV 18-00415- DKW-KSC <br><br> NEXTGEAR CAPITAL, INC.'S **CORPORATE DISCLOSURE STATEMENT** |

**NEXTGEAR CAPITAL, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff NEXTGEAR CAPITAL, INC. ("Plaintiff") files this Corporate Disclosure Statement and hereby discloses as follows:

1.  NextGear Capital, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Carmel, Indiana.

2.  NextGear Capital, Inc. is wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a majority-owners subsidiary of Cox Enterprises, Inc.

3.  NextGear Capital, Inc. is not a publically traded entity. NextGear Capital, Inc. is unaware of any public corporation owning ten percent (10%) or more of its shares.

DATED: Honolulu, Hawai'i, November 14, 2018.

      /s/ Johnathan C. Bolton_____
JOHNATHAN C. BOLTON
CHRISTOPHER ST. SURE
DYLAN J. TASCHNER

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.