GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON          9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE   10001-0
   cstsure@goodsill.com
DYLAN J. TASCHNER              10618-0
   dtaschner@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>        Defendants. | Civil No. 1:18-cv-00415-DKW-KSC<br><br>PLAINTIFF'S **MOTION FOR AUTHORIZATION OF ALTERNATE SERVICE OF PROCESS** ON DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

7254758.2

**PLAINTIFF'S MOTION FOR AUTHORIZATION OF ALTERNATE SERVICE OF PROCESS ON DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a VOLVO OF HONOLULU AND <u>MIKHAIL BORISOVICH FEDOTOV</u>**

Plaintiff NEXTGEAR CAPITAL, INC. ("<u>Plaintiff</u>" or "<u>Lender</u>"), by and through its attorneys, Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership LLP, hereby moves this Honorable Court for an Order authorizing service of the Complaint and Summons in the above-entitled action upon Defendant ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU ("<u>Envy</u>" or "<u>Borrower</u>") and its Manager, Defendant MIKHAIL BORISOVICH FEDOTOV ("Fedotov" or "<u>Guarantor</u>" and together with Borrower, the "<u>Defendants</u>") by certified mail.

This Motion is made pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and is based on Hawaii Revised Statute §§ 634-24 and 634-35, the Memorandum in Support of Motion, Declaration of Counsel and the records and files herein.

DATED:  Honolulu, Hawai'i, December 21, 2018.

       /s/  Johnathan C. Bolton
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE
DYLAN TASCHNER

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.