GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON      9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
DYLAN J. TASCHNER              10618-0
   dtaschner@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | Civil No. 1:18-cv-00415-DKW-KSC |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL |
| ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, | |
| Defendants. | |

## DECLARATION OF COUNSEL

I, JOHNATHAN C. BOLTON, declare as follows:

7254758.2

1.     I am a partner with the law firm of Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership, LLP, and one of the attorneys for Plaintiff NEXTGEAR CAPITAL, INC. ("Plaintiff") in this case.  I am licensed to practice law in all courts in the State of Hawai'i.  This declaration is based upon my personal knowledge of the matters stated herein, and if called upon, I could testify thereto.

2.     The Complaint in this action was filed on October 26, 2018.

3.     On October 26, 2018, I forwarded a copy of the Summons and Complaint to Civil Deputy Anthony Shannon for service on Defendants ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a VOLVO OF HONOLULU ("Envy") and MIKHAIL BORISOVICH FEDOTOV ("Fedotov") (collectively, "Envy Defendants").

4.     As set forth in the Complaint, Defendant Fedotov was a principal and/or owner of Envy and is the Registered Agent for Envy within the State of Hawai'i.

5.     After diligent search of public records, Plaintiff believed that Fedotov would be located at one of three addresses for personal service:  (1) 1253 S. Beretania, Unit 1253, Honolulu, Hawaii 96814, (2) 1288 Ala Moana, Apartment 16A, Honolulu, Hawaii 96814, or (3) 704 Ala Moana Blvd., Honolulu, Hawaii 96814.

6.      On November 13, 2018, Civil Deputy Shannon attempted service on Envy Defendants at 1253 S. Beretania, Unit 1253, Honolulu, Hawaii 96814.  However, Envy Defendants could not be served at that address as it appeared that this address was a Post Office Box.

7.      On November 13, 2018, Civil Deputy Shannon attempted service on Envy Defendants at 704 Ala Moana Blvd, Honolulu, Hawaii 96814. However, the Envy Defendants had moved from this address as the Volvo Dealership had been closed.

8.      On November 20, 2018, Civil Deputy Shannon attempted service on Envy Defendants at 1288 Ala Moana Blvd., Apartment 16A, Honolulu, Hawaii 96814, but was told that Defendant Fedotov had moved from this address.

9.      Plaintiff recently made a request to the United States Postal Service ("USPS") through the Freedom of Information Act ("FOIA") for a new address for Fedotov.  Plaintiff does not know how long it will take for the USPS to respond to its FOIA request.

10.     Given that Plaintiff is continuing to have difficulty personally serving the Envy Defendants, as it appears that the Envy Defendants are evading service, it is hereby requested that Plaintiff's Motion for Authorization of Alternative Service of Process be granted.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Johnathan C. Bolton*
JOHNATHAN C. BOLTON