GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON     9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
DYLAN J. TASCHNER        10618-0
   dtaschner@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>              Plaintiff,<br><br>  vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>              Defendants. | Civil No. 18-00415 DKW-RT<br><br>ORDER GRANTING PLAINTIFF'S THIRD *EX PARTE* MOTION FOR AN ORDER EXTENDING TIME FOR SERVICE OF SUMMONS UPON DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV |

7400161.1

# ORDER GRANTING PLAINTIFF'S THIRD *EX PARTE* MOTION FOR AN ORDER EXTENDING TIME FOR SERVICE OF SUMMONS UPON DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV

Pursuant to Plaintiff's Third *ex parte* motion and the declarations and exhibits filed in support thereof, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiff's Third Ex Parte Motion for an Order Extending Time for Service of Summons upon Defendants Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov is hereby GRANTED; and

2. Plaintiff's deadline for service of the Summons and Complaint upon Defendants is hereby extended for an additional ninety (90) days from the original deadline from April 24, 2019 to July 23, 2019.

DATED:  Honolulu, Hawai'i, April 3, 2019.



　　　　　　　　　　　　　　 /s/ Rom A. Trader
　　　　　　　　　　　　　　Rom A. Trader
　　　　　　　　　　　　　　United States Magistrate Judge