GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

JOHNATHAN C. BOLTON     9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
DYLAN J. TASCHNER        10618-0
   dtaschner@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>            Plaintiff,<br><br>  vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>            Defendants. | Civil No. 18-00415 DKW-RT<br><br>ORDER GRANTING PLAINTIFF'S SECOND EX PARTE MOTION FOR LEAVE TO SERVE BY PUBLICATION ON DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV |

7305332.1

### ORDER GRANTING PLAINTIFF'S SECOND EX PARTE MOTION FOR LEAVE TO SERVE BY PUBLICATION ON DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV

Pursuant to Plaintiff's second *ex parte* motion and the declarations and exhibits filed in support thereof, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff NEXTGEAR CAPITAL, INC. is authorized to effect service upon Defendants ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV by publication employing the form of Summons attached hereto;

IT IS FURTHER ORDERED that service be made by publication of summons in at least one newspaper published in the State and having a general circulation in the circuit in which the action has been instituted not less than once each week in four successive weeks, the last publication to be not less than twenty-one days prior to the return date stated therein.

DATED:  Honolulu, Hawaii, April 3, 2019.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge