IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

## **SUMMONS**

STATE OF HAWAI'I

TO:  ENVY HAWAII LLC ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV

YOU ARE HEREBY NOTIFIED that NEXTGEAR CAPITAL, INC. has filed a Complaint against you in Civil No. 18-cv-00415-DKW-RT, in the United States District Court for the District of Hawaii, for judgment against ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, and for other proper relief.

YOU ARE HEREBY SUMMONED to be and appear before the Honorable Rom A. Trader, Judge of the above-entitled Court, in his courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii 96850 on **July 1, 2019**, at **9:30 a.m.**, or to file an answer or other pleading and serve it before said day upon Plaintiff's attorneys, Johnathan C. Bolton, Esq. and Christopher P. St. Sure, Esq., whose address is Goodsill Anderson Quinn & Stifel, LLP, 999 Bishop Street, Suite 1600, Honolulu, Hawaii 96813.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED:  Honolulu, Hawaii, _____April 3, 2019_____.



/S/ SUE BEITIA, CLERK by EA, Deputy Clerk

CLERK OF THE ABOVE ENTITLED COURT

7305332.1