ORIGINAL

AFFIDAVIT OF PUBLICATION

IN THE MATTER OF
Civil No. 18-cv-00415 DKW-RT

}
}
}
}
}
}
}

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 3 2019

at  11  o'clock and  01  min. A M
SUE BEITIA, CLERK
JT

STATE OF HAWAII                          }
                                        } SS.
City and County of Honolulu              }

**Doc. Date:** APR 3 0 2019            **# Pages:** 1

**Notary Name:** Patricia K. Reese      First Judicial **Circuit**

**Doc. Description:** Affidavit of

Publication

*Patricia K. Reese*  APR 30 2019

Notary Signature                        Date

PATRICIA K. REESE
NOTARY PUBLIC
No. 86-467
STATE OF HAWAII

Gwyn Pang being duly sworn, deposes and says that she is a clerk, duly authorized to
execute this affidavit of Oahu Publications, Inc. publisher of The Honolulu
Star-Advertiser, MidWeek, The Garden Island, West Hawaii Today, and Hawaii
Tribune-Herald, that said newspapers are newspapers of general circulation in the State
of Hawaii, and that the attached notice is true notice as was published in the

Honolulu Star-Advertiser      4      times on:

04/09, 04/16, 04/23, 04/30/2019

MidWeek                        0      times on:

The Garden Island              0      times on:

Hawaii Tribune-Herald          0      times on:

West Hawaii Today              0      times on:

Other Publications:            0      times on:

And that affiant is not a party to or in any way interested in the above entitled matter.

_____    *Gwyn Pang*
Gwyn Pang

Subscribed to and sworn before me this  30  day of  *April*  A.D. 20 19

*Patricia K. Reese*

Patricia K. Reese, Notary Public of the First Judicial Circuit, State of Hawaii
My commission expires: Oct 07, 2022

Ad #   0001189109

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Civil No. 18-cv-00415 DKW-RT

NEXTGEAR CAPITAL, INC. vs. ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a
V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV

**SUMMONS**

THE STATE OF HAWAII

TO:  ENVY HAWAII LLC  d/b/a WINDWARD MOTORS d/b/a
V RENT A CAR d/b/a VOLVO OF HONOLULU
and MIKHAIL BORISOVICH FEDOTOV

YOU ARE HEREBY NOTIFIED that NEXTGEAR CAPITAL, INC. has filed a Complaint
against you in Civil No. 18-cv-00415-DKW-RT, in the United States District Court for
the District of Hawaii, for judgment against ENVY HAWAII LLC d/b/a WINDWARD
MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL
BORISOVICH FEDOTOV, and for other proper relief.

YOU ARE HEREBY SUMMONED to be and appear before the Honorable Rom A.
Trader, Judge of the above-entitled Court, in his courtroom at 300 Ala Moana Blvd.,
Honolulu, Hawaii 96850 on July 1, 2019, at 9:30 a.m., or to file an answer or
other pleading and serve it before said day upon Plaintiff's attorneys, Johnathan C.
Bolton, Esq. and Christopher P. St. Sure, Esq., whose address is Goodsill Anderson
Quinn & Stifel, LLP, 999 Bishop Street, Suite 1600, Honolulu, Hawaii 96813. If
you fail to do so, judgment by default will be taken against you for the relief
demanded in the Complaint.

DATED:  Honolulu, Hawaii, April 3, 2019.

SUE BEITIA, CLERK by EA, Deputy Clerk (SEAL)
CLERK OF THE ABOVE-ENTITLED COURT

JOHNATHAN C. BOLTON   9650-0
CHRISTOPHER P. ST. SURE   10001-0
Goodsill Anderson Quinn & Stifel
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for the Plaintiff
NEXTGEAR CAPITAL, INC.

(SA1189109        4/9, 4/16, 4/23, 4/30/19)

PATRICIA K. REESE
NOTARY PUBLIC
No. 86-467
STATE OF HAWAII

SP.NO.: _____    L.N.