**Oahu Publications Inc.**
*Hawaii's Largest Media Company*

500 Ala Moana Blvd., Ste. 7-500
Honolulu, Hawaii 96813

RETURN SERVICE REQUESTED



neopost
05/01/2019
US POSTAGE $000.50⁰

ZIP 96813
041L11253544

**RECEIVED**
CLERK, U. S. DISTRICT COURT
MAY 03 2019
DISTRICT OF HAWAII

**U.S. District Court**
**Office of the Clerk**
300 Ala Moana Blvd., C-388
Honolulu, HI 96850

96850-497199