GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON        9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>           Plaintiff,<br>vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>           Defendants. | Civil No. 18-cv-00415<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Notice is hereby given that Dylan J. Taschner, Esq. of Goodsill Anderson Quinn & Stifel LLP, a Limited Law Partnership LLP ("Goodsill"),

7491690.1

-2-

hereby withdraws as counsel for Plaintiff NEXTGEAR CAPITAL, INC ("Plaintiff") in the above-entitled action.  Dylan J. Taschner, Esq. is no longer associated with Goodsill.

Johnathan C. Bolton, Esq. and Christopher P. St. Sure, Esq. remain as counsel for Plaintiff in the above-entitled action.

DATED:  Honolulu, Hawai'i, May 31, 2019.

/s/ Christopher P. St. Sure
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE

Attorney for Plaintiff
NEXTGEAR CAPITAL, INC.