## MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00415DKW-RT |
| CASE NAME: | NextGear Capital, Inc. vs. Envy Hawaii. LLC, et al. |
| ATTYS FOR PLA: | Johnathan C. Bolton |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 7/1/2019 | TIME: | 9:35 - 9:37 |

COURT ACTION: EP: Service by Publication Return Date -

Defendants not present.

Three calls were made for Envy Hawaii, LLC doing business as Windward Motors doing business as V Rent A Car doing business as Volvo Of Honolulu and Mikhail Borisovich Fedotov @ 9:30 a.m., and there was no response.

Mr. Bolton has not had any contact with the defendants and will be filing an entry of default.

Given the failure of the parties to appear, and based upon the affidavit that was filed confirming that service by publication appears to be properly made, the Court will permit Plaintiff to seek default.

Submitted by: Toni Fujinaga, Courtroom Manager.