GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON     9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>        Defendants. | Civil No. 1:18-cv-00415-DKW-RT<br><br>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV; DECLARATION OF JOHNATHAN C. BOLTON; ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV

Plaintiff NEXTGEAR CAPITAL, INC. ("Plaintiff" or "Lender"), by and through its attorneys, Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership LLP, hereby requests that the Clerk of the above-entitled Court enter the default of Defendant ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU ("Envy" or "Borrower") and Defendant MIKHAIL BORISOVICH FEDOTOV ("Fedotov" or "Guarantor" and together with Borrower, the "Defendants"), for their failure to plead in response to or otherwise defend against Plaintiff's Complaint filed herein on October 26, 2018, as more fully set forth in the attached Declaration of Johnathan C. Bolton.

This request is made pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Declaration of Johnathan C. Bolton filed herewith and made a part hereof by reference, and the records and files herein.

DATED:  Honolulu, Hawai'i, July 1, 2019.

    /s/  Johnathan C. Bolton
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

2