IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>　　　　　Defendants. | Civil No. 1:18-cv-00415-DKW-RT<br><br>DECLARATION OF JOHNATHAN C. BOLTON |

## DECLARATION OF JOHNATHAN C. BOLTON

I, JOHNATHAN C. BOLTON, declare as follows:

1. I am a partner with the law firm of Goodsill Anderson Quinn & Stifel LLP, which represents the Plaintiff NEXTGEAR CAPITAL, INC. ("Plaintiff") in the above-captioned matter. I am licensed to practice law before this Court. This declaration is based upon my personal knowledge of the matters stated herein. If called to testify regarding these matters, I could and would testify competently to the facts set forth herein.

2. On October 26, 2018, Plaintiff filed its Complaint [Dkt. no. 1] (the "Complaint") in the United States District Court for the District of Hawaii against Defendant ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A

CAR d/b/a VOLVO OF HONOLULU ("Envy") and Defendant MIKHAIL BORISOVICH FEDOTOV ("Fedotov" and together with Envy, the "Defendants").

3. On December 21, 2018, Plaintiff filed a *Motion for Authorization of Alternative Service of Process on Defendants Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov* [Dkt. no. 13] (the "Motion for Alternative Service"), setting forth the difficulties in achieving personal service on Defendants.

4. On December 28, 2018, the Court granted the Motion for Alternative Service and allowed Plaintiff to serve Defendants by certified mail, return receipt and marked delivery to Defendant Fedotov's address at 1288 Ala Moana, Apartment 16A, Honolulu, Hawaii 96814 and any other address obtained by Plaintiff through their FOIA request with USPS. [Dkt. no. 14].

5. On March 29, 2019, Plaintiff filed *Plaintiff's Third Ex Parte Motion for an Order Extending Time for Service of Summons Upon Defendants Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov* [Dkt. no. 25] (the "Third Ex Parte Motion for Extension").

6. On April 3, 2019, the Court entered an Order Granting *Plaintiff's Third Ex Parte Motion for an Order Extending Time For Service of Summons* [Dkt. no. 27] (the "Order Granting Third Ex Parte Motion for Extension").

  7. On March 29, 2019, Plaintiff filed *Plaintiff's Second Ex Parte Motion for Leave to Serve by Publication on Defendants Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov* [Dkt. no. 26] (the "Second Ex Parte Motion for Service By Publication").

  8. On April 3, 2019 the Court entered an *Order Granting Plaintiff's Second Ex Parte Motion for Leave to Serve by Publication on Defendants Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov* [Dkt. no. 28] (the "Order Authorizing Service By Publication"). The Order Authorizing Service By Publication required, among other things, that the Summons attached to it be published, "in at least one newspaper published in the State and having a general circulation in the circuit in which the action has been instituted not less than once each week in four successive weeks, the last publication to be not less than twenty-one days prior to the return date stated therein."

  9. Pursuant to the Order Authorizing Service By Publication, Plaintiff had the required Summons published in the *Honolulu Star-Advertiser* on April 9, 16, 23 and 30. See *Affidavit of Publication* filed herein on May 3, 2019 [Dkt. no. 29].

  10. Pursuant to the Summons issued and published in this case, Defendants were required "to appear before the Honorable Rom A. Trader, Judge of

3

the above-entitled Court in his courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii 96850 on **July 1, 2019,** at **9:30 a.m.**, or to file an answer or other pleading and served before said day upon Plaintiff's attorneys . . .." (emphasis in original).

11. Plaintiff's counsel appeared at the return hearing on July 1, 2019 at 9:30 a.m. Defendants both failed to appear.

12. To date, Defendants have not filed an answer or other pleading responsive to Plaintiff's Complaint.

DATED: Honolulu, Hawai'i, July 1, 2019.

                                            /s/ Johnathan C. Bolton
                                          JOHNATHAN C. BOLTON