GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON     9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>            Plaintiff,<br>  vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>            Defendants. | Civil No. 1:18-cv-00415-DKW-RT<br><br>ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV |

**ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF <u>HONOLULU AND MIKHAIL BORISOVICH FEDOTOV</u>**

IT appearing that Defendants ENVY HAWAII LLC d/b/a

WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU

and MIKHAIL BORISOVICH FEDOTOV having failed to plead or otherwise defend in this action, as shown by Plaintiff's Request for Entry of Default Against Defendants Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov, as to the Complaint filed on October 26, 2018, and the Declaration of Johnathan C. Bolton, and for good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV are hereby declared to be in default and foreclosed from answering or otherwise pleading herein, and default is hereby entered against said Defendants by the undersigned Clerk.

DATED:  Honolulu, Hawaii, _____July 2, 2019_____.



/S/ SUE BEITIA, CLERK by EA, Deputy Clerk
_____
Clerk of the Above-Entitled Court

---

*NextGear Capital , Inc. v. Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov*; Civil No. 1:18-cv-00415- DKW-RT; **ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV**