MK LAW LLC
MEGAN K. KAU 8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Telephone: (808) 864-8896
Email: mk@megkaulaw.com

Attorney for Defendants
ENVY HAWAII LLC d/b/a
WINDWARD MOTORS d/b/a V
RENT A CAR d/b/a VOLVO OF
HONOLULU and MIKHAIL
BORISOVICH FEDOTOV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>Defendants. | Civil No. 18-00415 DKW-RT<br><br>NOTICE OF APPEARANCE OF MEGAN K. KAU FOR DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE OF MEGAN K. KAU FOR DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a <u>VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV</u>

Please take notice that Megan K. Kau, Esq., of MK Law LLC hereby enters an appearance on behalf of defendants Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov in the above-captioned matter.

DATED: Honolulu, Hawai`i, August 27, 2019.

    /s/ Megan K. Kau
MEGAN KAU
Attorney for Defendants
ENVY HAWAII LLC d/b/a WINDWARD
MOTORS d/b/a V RENT A CAR d/b/a
VOLVO OF HONOLULU and MIKHAIL
BORISOVICH FEDOTOV