IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | Civil No. 18-00415 DKW-RT |
| Plaintiff, | CERTIFICATE OF SERVICE |
| ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that, upon filing, a true and correct copy of the foregoing

document has been duly served upon the following parties by way of electronic

filling, to their last known address on the following date:

JOHNATHAN C. BOLTON, ESQ.                                  via CM/ECF
CHRISTOPHER P.ST. SURE, ESQ.
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, HI 96813
      Attorneys for Plaintiff
      NEXTGEAR CAPITAL, INC.

DATED:  Honolulu, Hawai`i, August 27, 2019.

        /s/ Megan K. Kau     _
MEGAN K. KAU
Attorney for Defendants
ENVY HAWAII LLC d/b/a WINDWARD
MOTORS d/b/a V RENT A CAR d/b/a
VOLVO OF HONOLULU and MIKHAIL
BORISOVICH FEDOTOV