IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, <br><br> Defendants. | CIVIL NO. 1:18-cv-00415-DKW-RT <br><br> DECLARATION OF MIKHAIL BORISOVICH FEDOTOV |

## DECLARATION OF MIKHAIL BORISOVICH FEDOTOV

I, Mikhail Borisovich Fedotov, declare as follows:

1. I am a named defendant in this matter.

2. I am competent to testify as to all matters set forth herein and make this declaration from personal knowledge and submit the same in support of the motion.

3. I live in Newport Beach, California.

4. I no longer live at 1288 Ala Moana, Apartment 16A, Honolulu, Hawai`i 96814.

5. I do not receive mail at 1288 Ala Moana, Apartment 16A, Honolulu, Hawai`i 96814.

6. I was not served with the *Complaint* that has been filed in this case.

7. I was not aware that there was a hearing on July 1, 2019 nor was I aware that I was required to file an answer by that deadline.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai`i; August 23, 2019.

_____
Mikhail Borisovich Fedotov