GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON        9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>             Plaintiff,<br><br>  vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>             Defendants. | Civil No. 18-00415<br><br>STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV |

**STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU <u>AND MIKHAIL BORISOVICH FEDOTOV</u>**

-2-

Plaintiff NEXTGEAR CAPITAL, INC ("Plaintiff") and Defendants ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV (collectively, "Defendants"), and by and through their undersigned counsel, hereby stipulate and agree for the record in this case (the "Stipulation") as follows:

WHEREAS, on October 26, 2018, Plaintiff filed its Complaint in the United States District Court for the District of Hawaiʻi; and

WHEREAS, on July 2, 2019, an Entry of Default by the Clerk was entered against Defendants; and

WHEREAS, Defendants have requested, and Plaintiff has agreed, to set aside the Entry of Default so that this case can be adjudicated on the merits; and

WHEREAS, as agreed by the parties, Defendants shall have up to and until September 20, 2019 to file an Answer to the Complaint in this case.

*[Signatures follow on next page]*

DATED: Honolulu, Hawaiʻi, September 9, 2019.

| | |
|---|---|
| */s/ Johnathan C. Bolton* | */s/ Megan K. Kau* |
| JOHNATHAN C. BOLTON | MEGAN K. KAU |
| CHRISTOPHER P. ST. SURE | |
| | |
| Attorneys for Plaintiff | Attorney for Defendants |
| NEXTGEAR CAPITAL, INC. | ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 12, 2019.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

_____

*NextGear Capital Inc. vs. Envy Hawaii LLC d/b/a Windward Motors d/b/a V Rent A Car d/b/a Volvo of Honolulu and Mikhail Borisovich Fedotov*; Civil No. 18-00415; **STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS ENVY HAWAII LLC /d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU AND MIKHAIL BORISOVICH FEDOTOV**