IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>Defendants. | Civil No. 18-00415 DKW-RT<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, upon filing, a true and correct copy of the foregoing document has been duly served upon the following parties by way of electronic filling, to their last known address on the following date:

JOHNATHAN C. BOLTON, ESQ.                                          via CM/ECF
CHRISTOPHER P. ST. SURE
Goodsill Anderson Quinn & Stifel
999 Bishop Street, Suite 1600
Honolulu, Hawai`i 96813
  Attorney for Plaintiff
  NEXTGEAR CAPITAL, INC.

DATED:   Honolulu, Hawai`i, September 20, 2019

/s/ Megan K. Kau
MEGAN K. KAU
Attorney for Defendants
ENVY HAWAII LLC d/b/a
WINDWARD MOTORS d/b/a V
RENT A CAR d/b/a
VOLVO OF HONOLULU and
MIKHAIL BORISOVICH FEDOTOV