IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | Civil No. 1:18-cv-00415-DKW-RT |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following party electronically via CM/ECF

>MEGAN K. KAU, ESQ.
>Attorneys for Defendants
>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV

7745511.3

DATED:  Honolulu, Hawaii, October 23, 2019.

  /s/ Johnathan C. Bolton
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE
RACHEL A. ZELMAN

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.