# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00415DKW-RT |
| CASE NAME: | NextGear Capital, Inc. vs. Envy Hawaii, LLC, et al. |
| ATTYS FOR PLA: | Johnathan C. Bolton |
| ATTYS FOR DEFT: | Megan K. Kau |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 10/30/2019 | TIME: | 9:04 - 9:11 |

COURT ACTION:  EP: Rule 16 Scheduling Conference -

Discussion had re: underlying state and federal cases.

If parties reach an agreement re: a stay, the Court is willing to consider it.

Non Jury Trial is set for 11/2/20 @ 9:00 a.m. before Judge Watson.

An Early Settlement Conference is set for 3/4/20 @ 10:00 a.m. before Magistrate Judge Trader.  Early Settlement Conference letters are due by 2/26/20.  Clients may be available by telephone and must have full settlement authority.

Court to issue a Rule 16 Scheduling Conference Order.

Dates given:

1. Non-jury trial on **November 2, 2020** at 9:00 a.m. before DKW
2. Final Pretrial Conference on September 22, 2020 at 9:00 a.m. before RT
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by September 15, 2020
5. File motions to Join/Add Parties/Amend Pleadings by April 3, 2020
6. File other Non-Dispositive Motions by August 5, 2020
7. File Dispositive Motions by June 3, 2020
8a. File Motions in Limine by October 13, 2020
8b. File opposition memo to a Motion in Limine by October 20, 2020
11a. Plaintiff's Expert Witness Disclosures by May 4, 2020

11b.   Defendant's Expert Witness Disclosures by June 3, 2020
12.    Discovery deadline September 4, 2020
13.    Settlement Conference set for August 3, 2020 at 10:00 a.m. before RT
14.    Settlement Conference statements by July 27, 2020
20.    Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21.    File Final witness list by October 13, 2020
24.    Exchange Exhibit and Demonstrative aids by October 6, 2020
25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 13, 2020
26.    Parties are not required to file a Statement of Objection to Exhibits.
27.    The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a.   File Deposition Excerpt Designations by October 13, 2020
28b.   File Deposition Counter Designations and Objections by October 20, 2020
29.    File Trial Brief by October 20, 2020
30.    File Findings of Fact & Conclusions of Law by October 20, 2020

Other Matters:

Submitted by: Toni Fujinaga, Courtroom Manager.

CV 18-00415DKW-RT;
NextGear Capital, Inc. Vs.  Envy Hawaii, LLC, et al.;
Rule 16 Scheduling Conference - 16 Scheduling Conference Minutes
10/30/2019