MK LAW LLLC

MEGAN K. KAU  8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Phone:  (808) 864-8896
Email:  mk@megkaulaw.com

Attorney for Defendants
ENVY HAWAII LLC d/b/a
WINDWARD MOTORS d/b/a V
RENT A CAR d/b/a
VOLVO OF HONOLULU and
MIKHAIL BORISOVICH FEDOTOV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENVY HAWAII LLC d/b/a <br> WINDWARD MOTORS d/b/a <br> V RENT A CAR d/b/a <br> VOLVO OF HONOLULU and <br> MIKHAIL BORISOVICH FEDOTOV <br><br> Defendants. | CIVIL NO. 18-00415 DKW-RT <br><br> ENVY HAWAII LLC d/b/a <br> WINDWARD MOTORS d/b/a <br> V RENT A CAR d/b/a <br> VOLVO OF HONOLULU and <br> MIKHAIL BORISOVICH <br> FEDOTOV'S INITIAL <br> DISCLOSURES; CERTIFICATE OF <br> SERVICE |

ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a
VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV'S
<u>INITIAL DISCLOSURES</u>

Defendants ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V

RENT A CAR d/b/a VOLVO OF HONOLULU ("Envy") and MIKHAIL

BORISOVICH FEDOTOV ("Fedotov"), by and through their attorney, Megan K. Kau, Esq., hereby make the following disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure.

The following disclosures are made based on the information reasonably available to Envy and Fedotov as of this date.  These disclosures are made without waiving: (1) the right to object to the use of any information disclosed herein for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; and (2) the right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these disclosures, consistent with the Federal Rules of Civil Procedure.  Discovery, fact investigation, and trial preparation are ongoing, and Envy and Fedotov reserve the right to supplement or amend these disclosures.

**I.    NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT SUPPORT CLAIMS AND/OR DEFENSES**

Based upon information reasonably available to Envy and Fedotov at the present time, Envy and Fedotov identify the following individuals likely to have discoverable information that Envy and Fedotov may use to support their claims and/or defenses, excluding individuals whose testimony would be used for impeachment.  In making these disclosures, Envy and Fedotov do not waive their right to object, pursuant to any applicable Federal Rule of Civil Procedure, to the deposition or trial testimony of any of the individuals listed below.

1. Mikhail Fedotov
   c/o Megan K. Kau, Esq.
   MK Law LLLC
   820 Mililani Street, Suite 701
   Honolulu, Hawaii 96813

May testify regarding Envy's business operation, agreements with NextGear, and other related matters.

2. Scott Cary, Regional Director, Next Gear Capital
   c/o Johnathan C. Bolton, Esq.
   Goodsill Anderson Quinn & Stifel
   999 Bishop Street, Suite 1600
   Honolulu, Hawaii 96813

May testify regarding flooring line and financing.

3. Ryan Hawley, Next Gear Capital
   c/o Johnathan C. Bolton, Esq.
   Goodsill Anderson Quinn & Stifel
   999 Bishop Street, Suite 1600
   Honolulu, Hawaii 96813

May testify regarding agreements and communications between NextGear and Envy.

4. Kate Kondas, Next Gear Capital
   c/o Johnathan C. Bolton, Esq.
   Goodsill Anderson Quinn & Stifel
   999 Bishop Street, Suite 1600
   Honolulu, Hawaii 96813

May testify regarding agreements and communications between NextGear and Envy.

5. Christopher M. Trapp, former NextGear in-house counsel
   Address unknown

May testify regarding agreements and communications between NextGear and Envy.

    6.    Amanda D. Stafford, former NextGear in-house counsel
           Address unknown

May testify regarding agreements and communications between NextGear and Envy.

    7.    Any witness identified in Plaintiff's initial disclosures.

## II. DOCUMENTS AND THINGS TO SUPPORT CONTENTIONS

Based upon information reasonably available at the present time, Defendants identify the following categories of documents, electronically stored information, and tangible things in their possession, custody or control that they may use to support their defenses, unless solely for impeachment:

    1. Email and other written correspondence between or among NextGear representatives or employees and any other party, regarding Fedotov, Envy, and/or Envy's business operation or personnel, or any of the allegations contained in the Complaint;

    2. Email and other written correspondence between or among NextGear representatives and employees and Envy representatives and employees;

    3. Documents constituting contracts or agreements between NextGear and Envy or Fedotov, or evidencing the terms of such agreements.

4. Internal NextGear communications, reports, or memoranda regarding Fedotov or Envy.

This disclosure does not include expert material that may have been developed (which shall be disclosed pursuant to Fed. R. Civ. P. 26(a)(2)). This disclosure does not constitute an admission as to the relevance or admissibility of the identified materials or a waiver of any attorney-client privilege, work product protection, or other applicable protection or immunity.

Envy and/or Fedotov have and will make the documents or other evidentiary materials available for inspection and copying, as under Fed. R. Civ. P. 34, at a mutually convenient time for the parties, unless such documents are privileged or protected from disclosure.

### III. COMPUTATION OF DAMAGES

Envy and Fedotov are not seeking damages in this action.

### IV. INSURANCE COVERAGE

At this time, Envy and Fedotov are unaware of any applicable insurance policy.

DATED: Honolulu, Hawaii, November 13, 2019.

/s/ Megan K. Kau
MEGAN K. KAU
Attorney for Defendants
ENVY HAWAII LLC d/b/a
WINDWARD MOTORS d/b/a V
RENT A CAR d/b/a
VOLVO OF HONOLULU and
MIKHAIL BORISOVICH
FEDOTOV