IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ENVY HAWAII LLC d/b/a<br>WINDWARD MOTORS d/b/a<br>V RENT A CAR d/b/a<br>VOLVO OF HONOLULU and<br>MIKHAIL BORISOVICH FEDOTOV<br><br>　　　　　Defendants. | CIVIL NO. 18-00415 DKW-RT<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a true and correct copy of the foregoing document was duly served on the following parties electronically through CM/ECF:

　　JOHNATHAN C. BOLTON, ESQ.
　　CHRISTOPHER P. ST. SURE
　　Goodsill Anderson Quinn & Stifel
　　999 Bishop Street, Suite 1600
　　Honolulu, Hawaii 96813
　　　　Attorney for Plaintiff
　　　　NEXTGEAR CAPITAL, INC.

2

DATED: Honolulu, Hawaii, November 13, 2019.

/s/ Megan K. Kau
MEGAN K. KAU
Attorney for Defendants
ENVY HAWAII LLC d/b/a
WINDWARD MOTORS d/b/a V
RENT A CAR d/b/a
VOLVO OF HONOLULU and
MIKHAIL BORISOVICH
FEDOTOV

2