GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON      9650-0
  jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
  cstsure@goodsill.com
RACHEL A. ZELMAN         10051-0
  rzelman@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| NEXTGEAR CAPITAL, INC., | Civil No. 18-cv-00415 DKW-RT |
|---|---|
| Plaintiff, | PLAINTIFF NEXTGEAR CAPITAL, INC.'S INITIAL DISCLOSURES; CERTIFICATE OF SERVICE |
| vs. | |
| ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, | |
| Defendants. | Trial Date:   November 2, 2020 |

**PLAINTIFF NEXTGEAR CAPITAL, INC.'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure,

Plaintiff NEXTGEAR CAPITAL, INC. ("Plaintiff"), by and through its attorneys,

Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership, LLP, submits its initial disclosures.

Plaintiff's initial disclosures are based upon information reasonably available to it at this time.  Plaintiff reserves the right to amend and/or supplement these initial disclosures as additional information becomes available and/or known to Plaintiff.  Each of these disclosures is made subject to, and without any waiver of, any objection to, or privilege protecting the production or use of, any document described herein or the testimony of any person identified.

**I.     NAMES, ADDRESSES AND TELEPHONE NUMBERS OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The individuals likely to have discoverable information that Plaintiff may use to support its claims are as follows:

| Witness | Possible Subjects of Knowledge |
|---|---|
| Logan White<br>NextGear Capital, Inc.<br>Lead Risk & Recovery Manager<br>c/o JOHNATHAN C. BOLTON<br>Goodsill Anderson Quinn & Stifel, 1099 Alakea Street, Suite 1800, Honolulu, Hawai'i  96813<br>(808) 547-5854 | May have knowledge regarding loan agreements between Plaintiff and Defendant ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU ("Envy"). |
| Kate Kondas<br>NextGear Capital, Inc.<br>Performance Manager<br>c/o JOHNATHAN C. BOLTON<br>Goodsill Anderson Quinn & | May have knowledge regarding loan agreements between Plaintiff and Defendant Envy. |

| | |
|---|---|
| Stifel, 1099 Alakea Street, Suite 1800, Honolulu, Hawai'i  96813 (808) 547-5854 | |
| Nicole Noblet<br>NextGear Capital, Inc.<br>Performance Manager<br>c/o JOHNATHAN C. BOLTON<br>Goodsill Anderson Quinn & Stifel, 1099 Alakea Street, Suite 1800, Honolulu, Hawai'i  96813<br>(808) 547-5854 | May have knowledge regarding loan agreements between Plaintiff and Defendant Envy. |
| Scott Cary<br>NextGear Capital, Inc.<br>Performance Manager<br>c/o JOHNATHAN C. BOLTON<br>Goodsill Anderson Quinn & Stifel, 1099 Alakea Street, Suite 1800, Honolulu, Hawai'i  96813<br>(808) 547-5854 | May have knowledge regarding loan agreements between Plaintiff and Defendant Envy. |
| Custodian of Records<br>NextGear Capital, Inc.<br>c/o JOHNATHAN C. BOLTON<br>Goodsill Anderson Quinn & Stifel, 1099 Alakea Street, Suite 1800, Honolulu, Hawai'i 96813<br>(808) 547-5854 | May testify as to the authenticity of documents and communications between Plaintiff, Envy, and/or Defendant MIKHAIL BORISOVICH FEDOTOV ("Fedotov") regarding Plaintiff's claims. |
| Mikhail Borisovich Fedotov<br>c/o MEGAN K. KAU<br>820 Mililani Street, Suite 701<br>Honolulu, Hawaii  96813<br>(808) 864-8896 | May have knowledge regarding the management of Envy, transactions between Envy and Plaintiff, Envy's civil suits against Volvo Car USA, LLC ("Volvo"), and subsequent civil suits filed by former Envy managers. |
| John Martinho<br>Former Chief Operating Officer.<br>Envy Hawaii LLC<br>Address Unknown | May have knowledge regarding the management of Envy. |

| | |
|---|---|
| Vladimir Franke<br>Former Managing Member,<br>Envy Hawaii LLC<br>Address Unknown | May have knowledge regarding capital contributions to Envy, ownership interest in Envy, and management of Envy. |
| Evgeny Barzov<br>Former Managing Member,<br>Envy Hawaii LLC<br>c/o RANDALL SCHMITT<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Blvd<br>Honolulu, Hawaii 96813 | May have knowledge regarding capital contributions to Envy, ownership interest in Envy, and management of Envy. |
| Dmitri Polunin<br>Former Managing Member,<br>Envy Hawaii LLC<br>c/o RANDALL SCHMITT<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Blvd<br>Honolulu, Hawaii 96813 | May have knowledge regarding capital contributions to Envy, ownership interest in Envy, and management of Envy. |
| Eric Roubentz<br>Former Managing Member,<br>Envy Hawaii LLC<br>Address Unknown | May have knowledge regarding ownership interest in Envy and management of Envy. |
| Michael Cottone<br>Regional Vice President, Volvo Cars USA LLC<br>c/o ANDREW LAUTENBACH<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br>(808) 537-6100 | May have knowledge regarding Volvo Authorized Retail Agreements between Envy and Volvo.  May have knowledge regarding Envy's affirmative defenses. |
| Custodian of Records<br>Volvo Cars USA LLC<br>c/o ANDREW LAUTENBACH<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br>(808) 537-6100 | May testify as to the authenticity of documents and communications between Volvo and Envy and/or Defendant MIKHAIL BORISOVICH FEDOTOV ("Fedotov"). |

-5-

| | |
|---|---|
| Individuals identified by Envy and/or Fedotov in its/his/their initial disclosures. | May testify as to Plaintiff's claims and Envy's defenses. |

Plaintiff reserves the right to rely upon the individuals identified in this disclosure statement for a subject other than those identified herein for any reason.  Plaintiff also reserves the right to identify additional witnesses as may be identified during discovery.  Plaintiff reserves the right to offer other witnesses for impeachment or rebuttal purposes, and/or as necessary if and to the extent that the issues at trial are other and/or different than those framed by the parties' current pleadings.  Plaintiff reserves the right to call expert witnesses to testify with respect to the sale of collateral out of trust, as well as any other matter that is properly the subject of expert testimony in this case.

## II.   DOCUMENTS SUPPORTING PLAINTIFF'S CLAIMS

Non-privileged documents that are currently available and that Plaintiff may use to support its claims in this case will be made available to Envy and Fedotov at a mutually-agreeable date and time for viewing and copying.  Plaintiff reserves the right to rely on other documents not identified herein and will supplement its disclosures as required by the Federal Rules of Civil Procedure.

At the present time, Plaintiff identifies the following groups of documents that are related to this case:

1. Commercial loan documents between Plaintiff and Envy.

2. Communications between Plaintiff and Fedotov and/or other agents of Envy.

### III. COMPUTATION OF DAMAGES

Plaintiff seeks damages or recovery in the following categories:

1. Contract damages against Envy in the amount of **$3,977,273.50** for Envy's breach of its obligations under commercial loan agreements between the parties.

2. Contract damages against Fedotov in the amount of **$3,977,273.50** for Fedotov's breach of his obligations under the Individual Guaranty.

3. Reimbursement of costs and expenses, including attorneys' fees, in connection with Plaintiff's recovery of amounts owed under commercial loan agreements between the parties.

### IV. INSURANCE

Plaintiff is unaware of any insurance agreements as described in Rule 26(a)(1)(A)(iv).

-7-

DATED:  Honolulu, Hawai'i, November 13, 2019.

        /s/ Johnathan C. Bolton
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE
RACHEL A. ZELMAN

Attorneys for PLAINTIFF
NEXTGEAR CAPITAL, INC.