IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV,<br><br>　　　　　　　Defendants. | Civil No. 1:18-cv-00415-DKW-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following party electronically via CM/ECF

>　MEGAN K. KAU, ESQ.
>　Attorney for Defendants
>　ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT
>　A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL
>　BORISOVICH FEDOTOV

7774282.1

-2-

DATED: Honolulu, Hawaii, November 13, 2019.

   /s/ Johnathan C. Bolton
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE
RACHEL A. ZELMAN

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.