# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00415-DKW-RT |
| CASE NAME: | NextGear Capital, Inc. v. Envy Hawaii, LLC et al |
| ATTYS FOR PLA: | Christopher P. St. Sure and Rachel Zelman |
| ATTYS FOR DEFT: | Megan K. Kau |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 03/04/2020 | TIME: | 10:00 - 11:20 |

COURT ACTION: SETTLEMENT CONFERENCE.

Mr. St. Sure and Ms. Zelman present for Plaintiff.
Ms. Megan K. Kau present for Defendants.

Discussion had. No Settlement.

Further Settlement Conference and anticipated Settlement on Record scheduled for 03/06/2020 at 9:00 a.m. before Magistrate Judge Trader.

*Submitted by: Juliet Parker, Courtroom Manager.*