# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-00415-DKW-RT |
| CASE NAME: | NextGear Capital, Inc. v. Envy Hawaii, LLC et al |
| ATTYS FOR PLA: | Christopher P. St. Sure |
| ATTYS FOR DEFT: | Megan K. Kau |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 03/13/2020 | TIME: | 10:00 - 10:40 |

COURT ACTION:  EP: SETTLEMENT CONFERENCE held.

Discussion had.

No settlement.

Further Settlement Conference to be convened by telephone is set for 04/03/2020 at 9:30 a.m. before Magistrate Judge Trader.  Counsel to provide telephone number to CRM at juliet_parker@hid.uscourts.gov by 04/01/2020.

*Submitted by: Juliet Parker, Courtroom Manager.*