# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-00415-DKW-RT |
| CASE NAME: | NextGear Capital, Inc. V. Envy Hawaii, LLC et al |
| ATTYS FOR PLA: | Christopher P. St. Sure |
| ATTYS FOR DEFT: | Megan K. Kau |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 4/3/2020 | TIME: | 9:25 - 10:30 |

COURT ACTION: EP: SETTLEMENT CONFERENCE held.

Defendant Mikhail Fedotov present by telephone.

Discussion had.

No Settlement.

Further Settlement Conference set for 04/17/2020 at 10:00 a.m. before Magistrate Judge Trader. Conference will be conducted telephonically. CRM to provide dial-in instructions. Mr. Fedotov to be available throughout the duration of the conference.

*Submitted by: Juliet Parker, Courtroom Manager.*