# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-00415-DKW-RT |
| CASE NAME: | NextGear Capital, Inc. v. Envy Hawaii, LLC et al |
| ATTYS FOR PLA: | Christopher P. St. Sure |
| ATTYS FOR DEFT: | Megan K. Kau |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | Ann Matsumoto |
| DATE: | 4/17/2020 | TIME: | 10:00 - 10:15<br>10:30 - 10:47 |

COURT ACTION:  EP: FURTHER SETTLEMENT CONFERENCE held.

Counsel present by phone.  Defendant Mikhhail Fedotov also present by phone.

**Settlement Conference (10:00 - 10:15):**
Discussion had.  Settlement reached.

**Settlement on the Record (10:30 - 10:47):**

Counsel confirmed the **material and essential terms** of the settlement.

Parties **confirmed and consented** to the settlement terms.

Settlement **terms** to remain **confidential**. The transcript of this hearing shall be sealed. Counsel and the parties, however, shall be permitted access to the transcript without further court order.

The Court **retains jurisdiction** for 30 days for the limited purpose of enforcing the settlement.

**Stipulated Judgment** to be filed by 05/18/2020.

All further **Court dates and deadlines** are vacated.

*Submitted by: Juliet Parker, Courtroom Manager.*