GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON        9650-0
   jbolton@goodsill.com
CHRISTOPHER P. ST. SURE  10001-0
   cstsure@goodsill.com
RACHEL A. ZELMAN              10051-0
   rzelman@goodsill.com
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br> vs. <br><br> ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV, <br><br> Defendants. | Civil No. 18-cv-00415 DKW-RT <br><br> STIPULATED FINAL JUDGMENT <br><br><br><br><br><br><br><br> Trial Date:    November 2, 2020 |

## STIPULATED FINAL JUDGMENT

      Plaintiff NEXTGEAR CAPITAL, INC. ("Plaintiff") and Defendants

7774282.1

ENVY HAWAII LLC d/b/a WINDWARD MOTORS d/b/a V RENT A CAR d/b/a VOLVO OF HONOLULU and MIKHAIL BORISOVICH FEDOTOV ("Defendants"), after having reached a settlement of the claims in this case, hereby stipulate and agree to the entry of this Final Judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of ONE MILLION, NINE HUNDRED THOUSAND AND no/100 DOLLARS ($1,900,000), with post-judgment interest to accrue thereon at the legal rate of 10% per annum from the date of entry until paid in full.

There are no remaining claims between Plaintiff and the Defendants, there are no other parties to this lawsuit, and this Court expressly directs that this judgment be entered as a Final Judgment.

DATED:  Honolulu, Hawai'i, May 21, 2020

　　　　　　　　　　　　　　　　 /s/ Megan K. Kau
　　　　　　　　　　　　　　　　MEGAN K. KAU

　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　ENVY HAWAII LLC d/b/a
　　　　　　　　　　　　　　　　WINDWARD MOTORS d/b/a V RENT
　　　　　　　　　　　　　　　　A CAR d/b/a VOLVO OF HONOLULU
　　　　　　　　　　　　　　　　and MIKHAIL BORISOVICH
　　　　　　　　　　　　　　　　FEDOTOV

DATED: Honolulu, Hawaiʻi, May 21, 2020.

     /s/ Christopher P. St. Sure
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE
RACHEL A. ZELMAN
Attorneys for Plaintiff
NEXTGEAR CAPITAL, INC.

**APPROVED AND SO ORDERED**.

DATED: May 21, 2020 at Honolulu, Hawai'i.



  /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_____
*NextGear Capital, Inc. v. Envy Hawaii, LLC et al.,;* Civil No. 18-cv-00415 DKW-RT; **Stipulated Final Judgment**